IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ERIC FLORES | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:22cv26 |
| U.S. DEPARTMENT OF JUSTICE | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Eric Flores, proceeding *pro se*, filed this lawsuit.  The Court previously referred the case to the Honorable Christine L. Stetson, United States Magistrate Judge.  The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).  An order sent to plaintiff was returned to the Court with a notation stating plaintiff has been released from confinement.  Plaintiff failed to subsequently provide the Court with a new address.  Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants to provide the Court with a physical address and advise the clerk in writing of any change of address.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge.  A copy of the Report and Recommendation was mailed to plaintiff at the address he provided to the Court.  No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law contained in the Report of the magistrate judge are correct and the Report [Dkt. 4] is ADOPTED as the opinion of the Court.  A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 30th day of March, 2022.**

_____
Michael J. Truncale
United States District Judge